**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

| | |
|---|---|
| ROBERT TOLSON,<br><br>Plaintiff,<br><br>v.<br><br>BRISTOL ALLIANCE FUELS, LLC D/B/A BRISTOL BAY FUELS, LLC, M/V MILLIE, O.N. 1231824, her engines, winches, gear, and appurtenances in rem,<br><br>Defendants. | 3:24-cv-00117-ACP-MMS<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>[Dkt. 133] |

Judge Matthew M. Scoble issued a report and recommendation about the pending motions in this case. (Dkt. 133) The report also recommends sanctions against Tolson for vexatious litigation and abuse of process. (Dkt. 133 at 6-8) Having reviewed the report and recommendation issues de novo alongside the objection and reply filed by the parties, the report and recommendation is approved and **ADOPTED** in full. (Dkts. 133, 134 136, 137)

Tolson's Motion to Strike Expert Rebuttal at Docket 97 is **DENIED**. The Defendants' motion for partial summary judgment at Docket 104 is **GRANTED** as to the Jones Act negligence claim. The Defendants' motion to exclude Tolson's Expert Witnesses at Docket 105 is **GRANTED**. Tolson's Notices of Amended Complaint at Dockets 109 and 110 are construed as motions for leave to amend and **DENIED**. The Defendants' Motion to Strike at Docket 119 is **GRANTED** the letter Tolson filed with the Court at Docket 114 is stricken. Tolson's motion to exclude the Defendants' expert witnesses at Docket 115 is **DENIED**. Tolson's motion for a hearing at Docket 117 is **DENIED**. Tolson's motion to

admit medical records at Docket 124 is **DENIED**. The Defendants' Motion to Strike the materials filled with the court at Docket 128 is **GRANTED** and the filings at Docket 124-1 through 124-5 are stricken.

The Defendants' various requests for sanctions are preliminarily **GRANTED**, and the Defendants are directed to file one document with this Court reflecting their costs and fees for the filings pertaining to Tolson's frivolous appeal, his motion to strike (Dkt. 97), his Notices of Amended Complaint (Dkts. 109-10), the settlement offer letter, (Dkt. 114), his motion for a hearing (Dkt. 117), his motion to admit medical records (Dkt. 124), and any other filing made by Tolson post-dating the October 30, 2025 Order Denying his motion to compel that Defendants believe to have been filed in bad faith (Dkt. 64). That filing is due on or before September 1, 2026. The standard deadlines in Local Rule 7 apply to the opposition and reply.

IT IS SO ORDERED.

DATED August 17, 2026, at Anchorage, Alaska.

/s/ *Aaron Christian Peterson*
Aaron Christian Peterson
United States District Judge